THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Leslie
 Rose, Jr., Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-390    

Submitted September 1, 2007  Filed
 September 24, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans Jr., and J. Benjamin Aplin, of
 Columbia, for Respondent.
 
 
 

PER
 CURIAM:  James Leslie Rose, Jr.,
 appeals the circuit courts revocation of his probation from his conviction for
 aggravated stalking.  Rose
 argues the circuit court erred in revoking his probation.  We disagree.  The determination of whether or not to revoke
 probation is within the trial courts discretion.  State v. Pauling,
 371 S.C. 435, 430, 639 S.E.2d 680, 681 (Ct. App. 2006).  Our authority to
 review this determination is confined to correcting errors of law unless the
 lack of a legal or evidentiary basis indicates the circuit judges decision was
 arbitrary and capricious.  Id.  Here, Rose admitted he violated the
 terms of his probation.  Further, the record demonstrates an evidentiary basis
 for the circuit courts decision.  Roses
 counsel has petitioned to be relieved as counsel, stating that he has reviewed
 the record and has concluded Roses appeal is without merit.  Rose has not
 filed a pro se  brief.  
After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 hold there are no directly appealable issues that are arguable on their
 merits.  Accordingly, we dismiss this appeal and grant counsels petition to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.